APRIL 20, 1949.

*Miscellaneous Order.*

No. 506. UNITED STATES EX REL. JOHNSON *v.* WATKINS, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. Certiorari, 336 U. S. 924, to the United States Court of Appeals for the Second Circuit. Shaughnessy, Acting District Director of Immigration and Naturalization, substituted as party respondent, per stipulation of counsel, on motion of *Gunther Jacobson* for the petitioner.

APRIL 25, 1949.

*Per Curiam Decisions.*

No. 464. CLAYTON MARK & CO. ET AL. *v.* FEDERAL TRADE COMMISSION.

Argued March 31, 1949. Decided April 25, 1949. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE JACKSON took no part in the consideration or decision of this case. *Albert R. Connelly* argued the cause for petitioners. With him on the brief were *Thurlow M. Gordon, Edward H. Green, Earl F. Reed, W. Denning Stewart* and *Milton H. Tucker. Charles H. Weston* argued the cause for respondent. With him on the brief were *Solicitor General Perlman, Assistant Attorney General Bergson, W. T. Kelley, Robert B. Dawkins* and *Walter B. Wooden. Julius Henry Cohen, Burton A. Zorn* and *Edwin P. Kaufman* filed a brief for the Chamber of Commerce of the State of New York, as *amicus curiae,* urging reversal.